Louisa F. Hudson and Herbert F. Hudson, Respondents, v. Church of The Holy Trinity, Appellant.*— Judgment affirmed, with costs. No opinion. Young, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents,

* Revd., 250 N. Y. 513.

being of opinion that there was no stress of circumstances that distinguishes the case from *Rohrbacher* v. *Gillig* (203 N. Y. 413).